# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PENN MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF SUSAN SMITH, et al.,<br><br>Defendants. | Case No. 1:23-cv-00722-ADA-SAB<br><br>ORDER GRANTING MICHAEL HOOVER'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 14) |

The Court has read and considered the application of Michael Hoover, attorney for Defendant Vassar Smith, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 14.)  Having reviewed the application, Michael Hoover's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **June 26, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1